**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-1162**

NISHITH PATEL,

        Plaintiff - Appellant,

    v.

HONORABLE ANNE ALBRIGHT; HONORABLE MARY ELLEN BARBERA; HONORABLE STUART BERGER,

        Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. George Jarrod Hazel, District Judge.  (8:21-cv-02409-GJH)

Submitted:  December 29, 2022                    Decided:  February 3, 2023

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Nishith Patel, Appellant Pro Se.  Kathryn Elizabeth Hummel, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nishith Patel appeals the district court's order dismissing his 42 U.S.C. § 1983 action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Patel v. Albright*, No. 8:21-cv-02409-GJH (D. Md. Oct. 26, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*